MN-305
(5/94)

# 4095

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

Unclaimed Dividends/Distribution Less Than $5 For Deposit To
Registry Fund

Debtor: Dawn Noel Olive                           Chapter 7 Case No. 11-30519

Please Check One:

☐ Unclaimed Dividends

☒ Distribution Less Than $5

| Name and Address of Claimant | Claim No. | Amount Claimed | Proposed Distribution |
|---|---|---|---|
| Rjm Acquisitions LLC<br>575 Underhill Blvd<br>Syosset, NY 11791 | 5 | $32.48 | $0.65 |
| Rjm Acquisitions LLC | 6 | $100.93 | $2.02 |
| Rjm Acquisitions LLC | 7 | $68.92 | $1.38 |

Dated: August 9, 2011

MICHAEL S. DIETZ, TRUSTEE
206 SOUTH BROADWAY SUITE 505
P O BOX 549
ROCHESTER MN 55903-0549
TELEPHONE (507) 288-9111

RECEIVED 11 AUG 10 AM 11:28 U.S. BANKRUPTCY COURT ST. PAUL, MN